IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ARTHUR WILLIAMS, #08395035 | § | |
| VS. | § | CIVIL ACTION NO. 5:03cv144 |
| FCI WARDEN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Arthur Williams, an inmate confined in the federal prison system, brings this motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Pursuant to 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges, the motion was referred to United States Magistrate Judge Caroline M. Craven.

The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion for default judgment. Petitioner filed objections to the Report. This Court made a *de novo* review of Petitioner's motion.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Petitioner's motion for default judgment (dkt#25) is **DENIED**.

**SIGNED this 2nd day of April, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE